# In the United States Court of Federal Claims

No. 09-25C
(Filed January 13, 2009)
Bid Protest

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
                                              *
**WESTWIND CONTRACTING, INC.,**               *
                                              *
       Plaintiff,                    *
                                              *
       v.                            *
                                              *
**THE UNITED STATES,**                        *
                                              *
       Defendant.                    *
                                              *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

_____

**ORDER**
_____

On January 13, 2009, the Court held a telephonic status conference in this matter. In light of the representations made by the parties during the conference, the Court issues the following Orders:

1. Optimum Services, Inc.'s ("Optimum") motion to intervene is granted. As the awardee, Optimum is an intervenor as of right. RCFC 24(a)(2). Optimum is represented in this matter by Edward J. Kinberg of Melbourne, Florida. The Clerk of the Court shall update the docket accordingly.

2. Defendant shall submit its proposed redactions to Plaintiff's Complaint and Plaintiff's Memorandum of Points and Authorities in Support of Plaintiff's Motion for Temporary Restraining Order, Preliminary Injunction, and Declaratory Judgment by **9:00 a.m. ET on January 14, 2009**.

3. The Court will hold a telephonic status conference on **January 15, 2009 at 4:00 p.m. ET.**

                               s/Mary Ellen Coster Williams
                               **MARY ELLEN COSTER WILLIAMS**
                               **Judge**